# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

2019 APR 18 PM 3: 28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Canon DS126311 camera and SanDisk Ultra PLUS and 32GB MicroSD Memory card SN 5132DR55T05N, currently held in FBI storage at 425 W. Nationwide Blvd, Columbus, Ohio | ) ) ) ) ) ) ) Case No. 2:19-mj-311 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE

☑ **YOU ARE COMMANDED** to execute this warrant on or before ____May 1, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____EP Deavers or any USMJ____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __April 17, 2019 at 3:10pm__                    __[signature]__
                                                                            *Judge's signature*

City and state:        Columbus, Ohio                    Elizabeth Preston Deavers, U.S. Magistrate Judge
                                                                    *Printed name and title*

# ATTACHMENT A
# LIST OF ITEMS TO BE SEIZED

The following materials which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 2251, 2252 and 2252A.

The terms "child pornography" and "visual depictions," as used herein, have the same definitions and meanings listed in Section III of the attached affidavit, and those definitions are incorporated herein by reference.

1. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs.

2. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, letters, e-mail messages, chat logs, electronic messages, other digital data files and web cache information) pertaining to the production, possession, receipt, or distribution of child pornography.

3. In any format and medium, all originals, computer files, copies, and negatives of child pornography or child erotica.

4. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, letters, e-mail messages, chat logs and electronic messages), identifying persons transmitting, through interstate or foreign commerce by any means, including, but not limited to, by U.S. mail or by computer, any child pornography.

5. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, letters, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography, or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography.

6. Any and all files, documents, records, or correspondence, in any format or medium (including, but not limited to, network, system, security, and user logs, databases, software registrations, data and meta data), that concern user attribution information.

7. Any and all visual depictions of minors, whether clothed or not, for comparison to and identification of any child pornography images or videos discovered.

## ATTACHMENT B
## DESCRIPTION OF ITEMS TO BE SEARCHED

Canon DS126311 camera and SanDisk Ultra PLUS 32GB MicroSD Memory card (SN 5132DR55T05N), is the custody of the FBI at secure storage at 425 W. Nationwide Blvd, Columbus, OH 43215.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-MJ-311 | 4/18/19 @ 1036 AM | N/A |

Inventory made in the presence of:
SA ROBERT E. WHITE II

Inventory of the property taken and name of any person(s) seized:

1 SD CARD 32GB
1 CANON DS126311 CAMERA

NFETP

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/18/19

*Executing officer's signature*

ROBERT E WHITE II SPECIAL AGENT, FBI
*Printed name and title*